Document      Page 1 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             :          CHAPTER 13
   MICHELE L. AMES            :
             Debtor         :
                                  :          Case No.   21-12125-elf

**NOTICE OF MOTION,
RESPONSE DEADLINE AND HEARING DATE**

      Movant, Guy Alexander Ames, has filed a Motion To Dismiss Case pursuant to 11 U.S.C. §1307(C) asking the Court for an Order dismissing this case.

      **Your rights may be affected.**   **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult an attorney.)**

      1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 23, 2021, you or your attorney must do all of the following:

      (a) file an answer explaining your position at the Clerk's Office, U.S. Bankruptcy Court, Robert N.C. Nix Bldg., 900 Market Street, Suite 400, Philadelphia, PA.  If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above: and

      (b)   mail a copy to the movant's attorney:

> Jeffrey C. McCullough, Esquire
> 16 N. Franklin St., Suite 300
> Doylestown, PA    18901
> 215-348-8133
> 215-348-0428 – Fax

      2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.   A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on January 11, 2022 at 1:00p.m. in Courtroom #1 of the U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA    19107-4299.

      4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

| | |
|---|---|
|   12/3/2021   <br> Date |   /s/Jeffrey C. McCullough   <br> Jeffrey C. McCullough, Esquire <br> Attorney for Movant |