JOSEPH A. DIORIO, ESQUIRE
755 Hidden Springs Lane
North Wales, PA 19454
(215) 317-8725
josephdiorioesq@gmail.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : CHAPTER 13 |
| MICHELE AMES | : |
| | : #21-12125(ELF) |
| Debtor | : |

_____

WITHDRAWL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance for Debtor. Michael Gallagher, Esquire has entered his appearance for Debtor.

December 17, 2021                    /S/ JOSEPH A. DIORIO

                                     _____
                                     JOSEPH A. DIORIO, ESQUIRE