**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re   MICHELE L. AMES,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 21-12125 ELF** |
| | : | |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Dismiss Case, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-5 below, the Motion is **GRANTED.**

2. This bankruptcy case is **DISMISSED**.

3. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file and **RECEIVING PERMISSION** from the court to file the new case.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

5. The prohibition set forth in Paragraph 2 shall **EXPIRE at 11:59:59 p.m. on June 29, 2023**.

**Date:  June 30, 2022**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**